UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re:  )  BK No.:   18-14592
ANTHONY J. KALATA and CHRISTINE  )
KALATA  )  Chapter:  13
 )
 )  Honorable Pamela S. Hollis
 )
 )  Joliet
Debtor(s)  )

### Order Lifting Automatic Stay

This matter coming before the court for hearing on THE MASTER OPERATING ASSOCIATION OF CHURCHILL CLUB'S Motion for Relief from Stay pursuant to Section 362 of the Bankruptcy Code, due notice having been given to the parties in interest, the court having jurisdiction of the subject matter and the parties, the court being fully advised,

IT IS ORDERED:

THE MASTER OPERATING ASSOCIATION OF CHURCHILL CLUB'S Motion for Relief from Stay as to 617 Belmont Avenue, Oswego, Illinois 60543 is granted.

The 14-day stay provision of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is waived.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  October 12, 2018

**Prepared by:**

ARDC #6308111
Benjamin J. Rooney
Keay & Costello, P.C.
128 South County Farm Road
Wheaton, Illinois 60187
630-690-6446