# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

IN RE:                                          )
                                                )
    Anthony Kalata and Christine Kalata,        )        CASE NO.  18-14592
                                                )        CHAPTER 13
                      Debtor(s).    )

## NOTICE TO CONVERT CHAPTER 13 CASE TO ONE UNDER CHAPTER 7

      NOW COME the Debtor(s), by and through their attorney, CHAD M. HAYWARD, and hereby converts this case to one under Chapter 7 and states as follows:

1.    On May 18, 2018, the above named Debtors filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code.

2.    This case has not been previously converted.

3.    The Debtor desires to convert the pending Chapter 13 case to relief under Chapter 7 of the United States Bankruptcy Code.

      WHEREFORE, the Debtor hereby notifies all parties in interest of the following:

A.    The Debtor's Chapter 13 case is converted to one under Chapter 7 of Title 11, United States Code.


Respectfully Submitted,

/s/ Chad M. Hayward
By:  Chad M. Hayward
Counsel for Debtor




Chad M. Hayward
50 S. Main
Suite 200
Naperville, IL  60540
312.867.3640

**SERVICE LIST**

A-1 Collections Svc
2297 State Highway 33 St
Hamilton Square, NJ 08690

Chruchill Club Homeowners Assn
c/o Association Chicagoland
PO Box 61955
Phoenix, AZ 85082-1955

Convergent Outsourcing
800 Sw 39th St
Renton, WA 98057

I C System Inc
Po Box 64378
Saint Paul, MN 55164

Illinois Department of Revenue
PO Box 64338
Chicago, IL 60664

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Kendall County Treasurer
111 W Fox St
Yorkville, IL 60560

Kohls/capone
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051

Merchants Credit Guide
223 W Jackson Blvd Ste 7
Chicago, IL 60606

Midland Funding
2365 Northside Dr Ste 30
San Diego, CA 92108

Sears/cbna
Po Box 6283
Sioux Falls, SD 57117

Specialized Loan Servi
8742 Lucent Blvd Ste 300
Highlands Ranch, CO 80129

Syncb/jc Penney Dc
Po Box 965007
Orlando, FL 32896

Syncb/jcp
Po Box 965007
Orlando, FL 32896

Tcf Banking & Savings
801 Marquette Ave
Minneapolis, MN 55402

Glenn Stearns
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
*VIA ECF*