**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Anthony J. Kalata** | Social Security number or ITIN **xxx–xx–4514** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Christine Kalata** | Social Security number or ITIN **xxx–xx–0716** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Northern District of Illinois**

Case number:   **18–14592**

## Order of Discharge                                                                                         12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Anthony J. Kalata                                                         Christine Kalata

<u>February 20, 2019</u>                                                **For the court:**   <u>Jeffrey P. Allsteadt, Clerk</u>
                                                                                                       United States Bankruptcy Court

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                             United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                  Case No. 18-14592-PSH
Anthony J. Kalata                                                       Chapter 7
Christine Kalata
          Debtors
                                   CERTIFICATE OF NOTICE
District/off: 0752-1          User: admin                  Page 1 of 2                  Date Rcvd: Feb 20, 2019
                              Form ID: 318                 Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 22, 2019.
db/jdb         +Anthony J. Kalata,    Christine Kalata,    617 Belmont Ave.,    Oswego, IL 60543-7729
26757125       +A-1 Collections Svc,    2297 State Highway 33 St,    Hamilton Square, NJ 08690-1717
26757126        Chruchill Club Homeowners Assn,    c/o Association Chicagoland,    PO Box 61955,
                 Phoenix, AZ 85082-1955
26918593       +FV-I, Inc. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
26779249        Illinois Department of Revenue Bankruptcy Section,     PO Box 19035,    Springfield, IL 62794-9035
26757131       +Kendall County Treasurer,    111 W Fox St,    Yorkville, IL 60560-1621
26757133       +Merchants Credit Guide,    223 W Jackson Blvd Ste 7,    Chicago, IL 60606-6914
26757136       +Specialized Loan Servi,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
26935438       +TCF NATIONAL BANK,    Cohen Jutla Dovitz Makowka, LLC,    10729 W. 159th,
                 Orland Park IL 60467-4531
26757139       +Tcf Banking & Savings,    801 Marquette Ave,    Minneapolis, MN 55402-3475

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QZLZIELINSKI.COM Feb 21 2019 07:13:00      Zane Zielinski, Trustee,    Zane Zielinski P.C.,
                 6336 North Cicero,    Suite 201,   Chicago, IL 60646-4448
26929082       +EDI: AIS.COM Feb 21 2019 07:13:00      AT&T CORP,    by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
26875995        EDI: BL-BECKET.COM Feb 21 2019 07:13:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
26757127       +EDI: CONVERGENT.COM Feb 21 2019 07:13:00      Convergent Outsourcing,    800 Sw 39th St,
                 Renton, WA 98057-4927
26913157       +EDI: AIS.COM Feb 21 2019 07:13:00      Directv, LLC,    by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
26757128       +EDI: IIC9.COM Feb 21 2019 07:13:00      I C System Inc,    Po Box 64378,
                 Saint Paul, MN 55164-0378
26757129       +E-mail/Text: rev.bankruptcy@illinois.gov Feb 21 2019 02:37:19
                 Illinois Department of Revenue,    PO Box 64338,    Chicago, IL 60664-0291
26757130       +EDI: IRS.COM Feb 21 2019 07:13:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
26757132       +EDI: CBSKOHLS.COM Feb 21 2019 07:13:00      Kohls/capone,    N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-7096
26757132       +E-mail/Text: bncnotices@becket-lee.com Feb 21 2019 02:36:22      Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
26757134       +EDI: MID8.COM Feb 21 2019 07:13:00      Midland Funding,    2365 Northside Dr Ste 30,
                 San Diego, CA 92108-2709
26910816       +EDI: MID8.COM Feb 21 2019 07:13:00      Midland Funding, LLC,
                 Midland Credit Management, Inc. as,    agent for Midland Funding, LLC,    PO Box 2011,
                 Warren, MI 48090-2011
26757135       +EDI: SEARS.COM Feb 21 2019 07:13:00      Sears/cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
26757137       +EDI: RMSC.COM Feb 21 2019 07:13:00      Syncb/jc Penney Dc,    Po Box 965007,
                 Orlando, FL 32896-5007
26757138       +EDI: RMSC.COM Feb 21 2019 07:13:00      Syncb/jcp,    Po Box 965007,    Orlando, FL 32896-5007
                                                                                               TOTAL: 15

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2019                                   Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: admin              Page 2 of 2              Date Rcvd: Feb 20, 2019
                              Form ID: 318             Total Noticed: 24
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2019 at the address(es) listed below:
         Benjamin   Rooney    on behalf of Creditor    The Master Operating Association of Churchill Club
           ben@keaycostello.com,  kim@keaycostello.com
         Chad M. Hayward    on behalf of Debtor 2 Christine  Kalata jean@haywardlawoffices.com,
           courtnotices968@gmail.com;courtnotice@haywardlawoffices.com;r56325@notify.bestcase.com;ashley@hay
           wardlawoffices.com
         Chad M. Hayward    on behalf of Debtor 1 Anthony J. Kalata jean@haywardlawoffices.com,
           courtnotices968@gmail.com;courtnotice@haywardlawoffices.com;r56325@notify.bestcase.com;ashley@hay
           wardlawoffices.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
         Sandra L. Makowka    on behalf of Creditor    TCF National Bank bankruptcy@cjdm.legal
         Terri M Long    on behalf of Creditor    Specialized Loan Servicing, LLC tmlong@tmlong.com,
           Courts@tmlong.com
         Zane  Zielinski, Trustee    trustee@zanezielinski.com,  zzielinski@ecf.epiqsystems.com
                                                                                              TOTAL: 7
```